No. 272. NATIONAL LICORICE Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sec-

ond Circuit granted. *Messrs. Edward M. Ladden* for petitioner. *Solicitor General Jackson* and *Messrs. Charles A. Horsky, Charles Fahy, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.